**BEST BROKERS, INC. and Welch Brokerage, Inc., d/b/a WBBI, Appellant/Cross–Respondent,**

v.

**Ron CAREY, et al., as Representatives and Members of the Internantional Brotherhood of Teamsters, Respondents/Cross-Appellants.**

No. 73093.

Missouri Court of Appeals, Eastern District, Division Two.

June 30, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 26, 1998.

Application to Transfer Denied Sept. 22, 1998.

Robert J. Radice, John M. Horas, St. Louis, for Appellant.

Arthur J. Martin, St. Louis, for Respondent.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

*ORDER*

PER CURIAM.

Plaintiffs, Best Brokers, Inc. and Welch Brokerage, Inc., d/b/a/ WBBI ("WBBI"), appeal from the order of the trial court granting summary judgment in favor of defendants, the International Brotherhood of Teamsters ("IBT"), in an action for damages for breach of contract. IBT cross-appeals from the trial court's judgment dismissing its counterclaim for failure to state a claim upon which relief can be granted. We affirm.

An extended opinion would serve no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the reasons for this order. The judgment is affirmed pursuant to Rule 84.16(b).